IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH SPEARS,

    Plaintiff,

v.

TRAVIS HAKES, et al.,

    Defendants.

ORDER

Case No. 24-cv-478-jdp

KENNETH SPEARS,

    Plaintiff,

v.

THOMAS JOLES, et al.,

    Defendants.

ORDER

Case No. 24-cv-495-jdp

I recently entered orders assessing plaintiff Kenneth Spears $13.66 as initial partial payments of the $350.00 fee for filing these cases. Now plaintiff has filed a motion in each case to waive the $13.66 initial partial payments. After re-evaluating plaintiff's inmate account statements and the information plaintiff provided in his motions, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for each case remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous

or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motions filed by plaintiff Kenneth Spears to waive the initial partial filing fees are GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, separate orders will issue.

Entered this 6th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge